SEALED

FILED IN OPEN COURT
ON $8-1-18$ BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-131-1BO(1)

UNITED STATES OF AMERICA )
)
)
v.                                        )
)          I N D I C T M E N T
)
KAORU SAULS                    )
a/k/a "Kaoru Wada"

The Grand Jury charges that:

## COUNT ONE

On or about November 4, 2016, in the Eastern District of North Carolina, the defendant, KAORU SAULS, also known as "Kaoru Wada," did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, KAORU SAULS, also known as "Kaoru Wada," an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

7-31-18

DATE

ROBERT J. HIGDON, JR.
United States Attorney


BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2